

FILED

APR 1 6 2020

Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| UNITED STATES OF AMERICA, | Case No. CR-19-18-BLG-SPW-2 |
|---|---|
| Plaintiff, | |
| vs. | **ORDER TO CONTINUE SENTENCING HEARING** |
| CYNDIE LYNN ADAMS, | |
| Defendant. | |

On April 10, 2020 an Administrative Order amending and superseding the Administrative Order filed on March 27, 2020 was filed by Chief Judge Morris regarding COVID-19 and the advised precautions to reduce the possibility of exposure to the virus and slow the spread of the disease. On March 27, 2020 the President signed into law the CARES Act, H.R. 748. The Judicial Conference of the United States having found that "emergency conditions due to the national emergency declared by the President" will "materially affect the functioning of either the Federal courts generally or a particular district court of the United States," the Chief Judge hereby authorizes "the use of video teleconferencing, or telephone conferencing if video teleconferencing is not reasonably available," for the ten types of criminal procedures enumerated in Section 15002(b)(1) of the

CARES Act. *See* also The President's Coronavirus Guidelines for America, CDC, 2 (2020), (recommending canceling events involving ten or more people) https://www.whitehouse.gov/wp-content/uploads/2020/03/03.16.20_coronavirus-guidance_8.5x11_315PM.pdf

Therefore, upon the Court's own Motion,

IT IS HEREBY ORDERED that the sentencing hearing presently set for Thursday, April 30, 2020, at 9:30 a.m., is **VACATED**.

IT IS FURTHER ORDERED that the sentencing hearing is **RESET** for **Wednesday, July 1, 2020 at 10:30 a.m.**

IT IS FURTHER ORDERED that,

1.  Sentencing memoranda and supporting documents addressing all relevant sentencing issues shall be filed on or before **June 17, 2020.** Absent good cause shown, sentencing memoranda and supporting documents filed after June 17, 2020 will not be considered in addressing sentencing issues. Failure to timely file sentencing memoranda may result in imposition of sanctions against counsel.

2.  Responses to sentencing memoranda shall be filed on or before **June 24, 2020**.

3.  Reply briefs will not be accepted for filing in sentencing matters.

4.  The Court will resolve objections included in the Addendum to the presentence report at the sentencing hearing in accordance with U.S.S.G. § 6A1.3.

5. All parties that intend to have witnesses testify at sentencing shall give notice to this Court ten (10) days prior to the sentencing date.

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this 16th day of April, 2020.

SUSAN P. WATTERS
U. S. DISTRICT COURT JUDGE