IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED
AUG 0 5 2020
Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19-18-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| CYNDIE LYNN ADAMS, | |
| Defendant. | |

Having considered the Defendant's Unopposed Motion for Leave to File Under Seal (Doc. 95) and good cause appearing,

**IT IS HEREBY ORDERED** the Defendant's motion is **GRANTED**.

The Clerk of Court is directed to seal the following documents:

1. Attachment #5 to Document 73,

2. Attachment #15 to Document 73,

3. Attachment #1 to Document 90.

DATED this 4th day of August, 2020.

SUSAN P. WATTERS
United States District Judge

1